JUDGE BUCHWALD

08 CV 01652

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
SH MARINE LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SH MARINE LTD.,

                Plaintiff,

      - against -

COSCO SHIPYARD GROUP CO., LTD., and
COSCO (DALIAN) SHIPYARD CO., LTD.

                Defendants.
------------------------------------------------------------X

08 Civ.

**FRCP 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SH Marine Ltd. certifies that it has no parent corporation and its shares are not publicly traded in the United States.

Dated: New York, New York
          February  , 2008

                                NOURSE & BOWLES, LLP
                                Attorneys for Plaintiff
                                SH MARINE LTD.

                                By: _____
                                Armand M. Paré, Jr. (AP-8575)
                                One Exchange Plaza
                                At 55 Broadway
                                New York, New York 10006
                                (212) 952-6200