Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANTS
COSCO SHIPYARD GROUP CO., LTD. and
COSCO (DALIAN) SHIPYARD CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SH MARINE LTD., <br><br> Plaintiff, <br><br> -against- <br><br> COSCO SHIPYARD GROUP CO., LTD., and COSCO (DALIAN) SHIPYARD CO., LTD. <br><br> Defendants. | 08 Civ. 1652 (NRB) <br><br> **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Michael J. Frevola, attorney for Defendants COSCO Shipyard (Group) Co., Ltd. and COSCO (Dalian) Shipyard Co., Ltd., having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Defendants:

Defendants are not publicly traded. COSCO Corporation (Singapore) Limited is publicly traded on the Singapore exchange and owns 10% or more of COSCO Shipyard (Group) Co., Ltd.

SembCorp Marine is publicly traded and also owns 10% or more of COSCO Shipyard (Group) Co., Ltd.

Dated: New York, New York
April 30, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:    (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendants*
*COSCO Shipyard Group Co., Ltd. and*
*COSCO (Dalian) Shipyard Co., Ltd.*

# 5307693_v1