USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

SH MARINE LTD.,

               Plaintiff,

       -against-

COSCO SHIPYARD GROUP CO., LTD.,
COSCO (DALIAN) SHIPYARD CO., LTD.
               Defendants.

------------------------------------------------X

08 Civ. 1652 (NRB)

NOTICE OF INITIAL
PRETRIAL
CONFERENCE

NAOMI REICE BUCHWALD, District Judge:

     This action has been assigned to me for all purposes.
Counsel are directed to appear for an initial pretrial conference
with the Court, at the time and place listed below.   Further,
counsel are reminded that the Federal Rules of Civil Procedure
were amended, effective December 1, 2000, in a number of respects
relevant to pretrial proceedings.   Counsel are directed to confer
with each other prior to the conference, preferably in person,
regarding settlement and the other subjects to be considered at
Fed. R. Civ. P. 16(b) and 26(f) conferences, and to be prepared
to report orally to the Court on those subjects and to identify
any discovery which must precede meaningful settlement
discussions.   The disclosure and discovery requirements of the
amended rules will be addressed at the initial conference.

     At least four (4) days prior to the date of the conference,
all parties must send the Court one copy of all pleadings.

     If this case has been settled or otherwise terminated,
counsel are not required to appear, provided that a stipulation
of discontinuance, voluntary dismissal, or other proof of
termination is delivered to the Court before the date of the
conference.

     All conferences with the Court are scheduled for a specific
time; there is no other matter scheduled for that time; and
counsel are directed to appear promptly at the scheduled time.

     **All pretrial conferences must be attended by the attorney
who will serve as principal trial counsel, and counsel must be**

authorized to settle the case and to make other appropriate stipulations.

Requests for an adjournment may be made only in writing and must be received not later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate several times and dates in the near future when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

**Plaintiff's counsel is directed to so notify all attorneys in this action by serving upon each of them a copy of this notice. If plaintiff's counsel is unaware of the identity of counsel for any of the parties, counsel must forthwith send a copy of the notice to any such party personally.**

Date and place of conference: **June 9, 2008, at 3:30 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.**

Attorneys are directed to consult this Court's Individual Practices with respect to communications with Chambers, adjournments, motions and related matters.

**IT IS SO ORDERED.**

DATED:    New York, New York
          May 15, 2008

_____
          NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE